IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NATHANIEL BAILEY,
    Plaintiff,

vs.                              3:07cv499/MCR/MD

ROGER VINSON
    Defendant.

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff initiated this cause through the filing of a civil complaint on November 19, 2007 and a motion/declaration in support of request to proceed *ifp*. The motion for leave to proceed *in forma pauperis* was deficient, and on November 30, 2007 plaintiff was directed to fill out a complete motion for leave to so proceed. (Doc. 4). He was warned that his failure to do so would result in a recommendation that his case be dismissed for failure to prosecute or to comply with an order of the court. *Id.* When plaintiff failed to respond, the court entered an order directing plaintiff to show cause why this case should not be dismissed. (Doc. 5). Plaintiff has likewise failed to respond to this order.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

    At Pensacola, Florida, this 31st day of January, 2008.

                                            /s/ *Miles Davis*
                                            **MILES DAVIS**
                                            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).